UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

EUGENE CONNELLY,

    Plaintiff,

v.                                              CASE NO:  8:03-cv-72-T-23TGW
                                                                  8:06-mc-26-T-TGW

CHADBOURNE & PARKE,

    Defendant.
_____/

**ORDER**

Magistrate Judge Thomas G. Wilson files a report and recommendation (Doc. 26) in accord with an order entered in <u>Connelly v. Blank Rome Comisky & McCouley, LLP</u>, 8:03-cv-73-T-23TGW.  The order (Doc. 12) states:

> no future action brought by Connelly will be initially received for filing by the Court's Clerk.  Rather, the action will be reviewed and screened by the senior Magistrate Judge in the division in which the action is sought to be filed.  The Magistrate Judge will determine whether the action has arguable merit.  In the event a Magistrate's preliminary review results in a finding that the plaintiff's action is frivolous, that action will not be filed with the Court but instead will be returned to Connelly.  Upon such a finding, Connelly will be subject to sanction including a monetary assessment.

After screening a complaint submitted by Connelly, Judge Wilson determines that the complaint both fails to comply with the Federal Rules of Civil Procedure and violates an order prohibiting Connelly from filing "any lawsuit which relates to the conversion of accounts receivable in 1968."

- 2 -

Judge Wilson recommends a sanction of $1,000.00 assessed against Connelly for the submission of the complaint.  Further, Judge Wilson recommends that the screening of Connelly's complaints cease until Connelly pays the $1,000.00 sanction.  Pursuant to Rule 11(c)(1)(B), Judge Wilson directs Connelly to demonstrate why the sanction should not be assessed.

Connelly responds (Doc. 27) to the order and objects to the recommendation.  However, instead of demonstrating why sanctions should not be assessed against him, Connelly persists in asserting claims "which relate[] to the conversion of accounts receivable in 1968."  Accordingly, Connelly's objections (Doc. 27) are **OVERRULED** and Judge Wilson's report and recommendation (Doc. 26) is **ADOPTED**.  A sanction of $1,000.00 is assessed against Connelly for the submission of the complaint.  Connelly is directed to pay $1,000.00 to the Clerk as a sanction and is directed to file in <u>Connelly v. Blank Rome Comisky & McCouley, LLP</u>, 8:03-cv-73-T-23TGW, proof of payment.  The screening procedure described above is stayed until Connelly pays the sanction.  The Clerk shall accept no further filing by Connelly until Connelly pays the $1,000.00 sanction and files proof of payment.  After Connelly pays the sanction and files proof of payment, the screening procedure will resume.

ORDERED in Tampa, Florida, on August 9, 2006.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc:   US Magistrate Judge
      Courtroom Deputy